UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Freese f/k/a Burak L. Uzunoglu, Plaintiff, <br><br> vs. <br><br> Experian Information Solutions, Inc., Defendant. | Case: 20-CV-2289(WMW/TNL) <br><br> **NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that Plaintiff and Defendant Experian Information Solutions, Inc. have reached a settlement regarding Plaintiff's claim as pled in the Amended Complaint and intend to file a stipulation of dismissal once all necessary documents have been executed.

Dated: March 29, 2021

Respectfully Submitted,

PETERSON LEGAL, PLLC

<u>s/ Ryan D. Peterson</u>
Ryan D. Peterson (#0389607)
5201 Eden Avenue, Suite 300
Edina, MN 55436
(612) 367-6568
ryan@peterson.legal

ATTORNEY FOR PLAINTIFF