# UNITED STATES DISTRICT COURT
## District of Minnesota

Brock Freese, *formerly known as* Burak L Uzunoglu

Plaintiff(s),

v.

Experian Information Solutions, Inc.,

Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 20-cv-2289(WMW/TNL)

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

Date: 6/17/2021

KATE M. FOGARTY, CLERK